IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| HOLLY BRUMFIELD | ) |
| | ) |
| v. | ) NO. 3:05-0098 |
| | ) JUDGE CAMPBELL |
| BENJAMIN E. SHOEMAKER, M.D. | ) |

ORDER

Pending before the Court is Defendant's Motion for Partial Summary Judgment (Docket No. 10). For the reasons stated in the accompanying Memorandum, Defendant's Motion is GRANTED, and Plaintiffs' claim for slander is DISMISSED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE