IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

HOLLY BRUMFIELD, et al. )
)
v. ) NO. 3:05-0098
) JUDGE CAMPBELL
BENJAMIN E. SHOEMAKER, M.D. )

ORDER

Pending before the Court is Defendant's Motion for Summary Judgment and Motion for Rule 11 Sanctions (Docket No. 17). For the reasons stated in the accompanying Memorandum, Defendant's Motion for Summary Judgment is GRANTED, and Plaintiffs' claims are DISMISSED. The pretrial conference set for March 20, 2006, and the jury trial set for March 28, 2006, are canceled.

Defendant's Motion for Rule 11 Sanctions is DENIED.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE